FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. SEC. 1983

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

RECEIVED
MAIL ROOM
JUL 17 2008
U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

Fred D. Edgin                ADC # 138700
PBU 9 B-20 / 890 Freeline Dr.
Pine Bluff, AR. 71603
(Enter above the full name of the Plaintiff(s) in this action.)

4:08CV00615 JLH

v.                           CASE NO. _____

Stone County Circut Coo₽t

Van Buren County Circut Court
(Enter above the full name of defendant(s) in this action.)

This case assigned to District Judge Holmes
and to Magistrate Judge Ray

I.   Previous Lawsuits

    A.   Have you begun other lawsuits in state or federal court dealing with the same
         facts involved in this action?

         Yes _____   No  X

    B.   If your answer to A is yes, describe each lawsuit in the space below. (If there
         is more than one lawsuit, describe the additional lawsuits on another piece of
         paper, using the same outline.)

         1.   Parties to this lawsuit

              Plaintiffs: _____

              _____

              Defendants: _____

              _____

         2.   Court (If federal court, name the district; if state court, name the
              county: _____

              _____

1

3. Docket Number: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?): _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. **Place of present Confinement**: *Pine Bluff Unit*
*890 Freeline Dr.*
*Pine Bluff, AR. 71603*

III. There is a prisoner grievance procedure in the Arkansas Department of Correction. **Failure to complete the grievance procedure may affect your case in federal court.**

A. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes _____  No _X_  *Does not apply*

B. If your answer is YES, Attach copies evidencing completion of **the final step of the grievance appeal** procedure.  FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT **IN THE DISMISSAL OF YOUR COMPLAINT.**

C. If your answer is NO, explain why not: _____
_____

IV. **Parties**
(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff (your name) *Fred Don Edgin*
Address: *PBU 9B-20 / 890 Freeline Dr. / Pine Bluff, AR. 71603*

Name of plaintiff: _____

Address: _____

Name of plaintiff: _____

Address: _____

2

(In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

Defendant: Stone County Circut Court / Judge John Dan Kemp
Position: Judge
Place of employment: Judge Circut Court. - SC
Address: 701 West main Suite G. Mt View, AR. 72560

Defendant: Van Buren County Circut Court / Judge David Reynolds
Position: Judge
Place of employment: Judge Circut Court - VBC
Address: 801 Locust St, Conway AR. 72034

Defendant: _____
Position: _____
Place of employment: _____
Address: _____

Defendant: _____
Position: _____
Place of employment: _____
Address: _____

Defendant: _____
Position: _____
Place of employment: _____
Address: _____

3

V. **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was charged and convicted in Stone county on peice of property that is named "Buzzards Roost". I dont remember docket #

Now comes another county, namely "Van Buren county" they are charging me with two other crimes that was supposed to happen on the same peice of property namely Buzzards Roost, my court date in Van Buren county is Oct. 20 2008. Docket # 2007-211

VI. **Relief**

State briefly exactly what **YOU want the court to do for YOU**. Make **no legal arguments. Cite no cases or statutes.**

I want one or both counties to throw out their case against me, without futher jeporty. I will not seek after any other restitution than this.

I declare under penalty of perjury (18 U.S.C. § 1621 that the foregoing is true and correct.

Executed on this ___12___ day of, ___July___ 20_08_

___Fred Edgin___

Signature (s) of plaintiff (s)

4