IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

FRED D. EDGIN,
ADC #138700                                                                                      PLAINTIFF

V.                                              4:08CV00615 JLH/JTR

STONE COUNTY CIRCUIT COURT, et al.                                              DEFENDANTS

**ORDER OF DISMISSAL**

Plaintiff, who is currently incarcerate at the Pine Bluff Unit of the Arkansas Department of Correction, has commenced this *pro se* § 1983 action alleging that Defendants violated his constitutional rights. *See* docket entry #1. On July 24, 2008, the Court entered an Order giving Plaintiff thirty days to file an Application to Proceed *In Forma Pauperis* and an Amended Complaint, containing information necessary for me to complete the screening function mandated by 28 U.S.C. § 1915A. *See* docket entry #2. Importantly, the Court advised Plaintiff that the failure to timely and properly do so would result in the dismissal of his case, without prejudice, pursuant to Local Rule 5.5(c)(2).[1]  *Id.*

Plaintiff timely filed his Application to Proceed *In Forma Pauperis*. *See* docket entry #4. However, as of the date of this Order of Dismissal, he has failed to file his Amended Complaint, and the time for doing so has expired.

---

[1] Local Rule 5.5(c)(2) provides that: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. *If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice*. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure." (Emphasis added.)

IT IS THEREFORE ORDERED THAT:

1. Pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and fully comply with the Court's July 24, 2008 Order (docket entry #2).

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order of Dismissal and the accompanying Judgment would not be taken in good faith.

Dated this 29th day of August, 2008.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE